UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-55 |
| VERSUS | SECTION "J" |
| GREGORY ST. ANGELO | VIOLATION: 18 U.S.C. 1349 |

## RE-NOTICE OF REARRAIGNMENT on JUNE 28, 2019 AT 10:30 A.M.

(previously set for 6/27/19)

Take notice that this criminal case has been set for REARRAIGNMENT on **FRIDAY, JUNE 28, 2019 AT 10:30 A.M.** before Judge CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: June 27, 2019

TO:

GREGORY ST. ANGELO (BOND)

Counsel for Defendant:
Peter M. Thomson
Phillip A. Wittmann
pthomson@stonepigman.com
pwittmann@stonepigman.com

WILLIAM W. BLEVINS, CLERK

by: Gail Chauvin, Deputy Clerk

AUSA: Sharan E Lieberman, T.A.

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER: no

Special Agent Krista Bradford
Federal Bureau of Investigation

If you change address,
notify clerk of court
by phone, 589-7694

NOTICE TO DEFENDANTS AND COUNSEL: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.