MINUTE ENTRY
BARBIER, J.
June 27, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-55 |
| GREGORY ST. ANGELO | SECTION: "J"(2) |

The Court held a status conference in chambers on June 27, 2019 with the following counsel participating: Phillip Wittmann and Peter Thomson, representing Defendant, Gregory St. Angelo, who was also present; and Sharan Lieberman and Nicholas Moses, representing the Government.

At the conference, the Parties discussed the status of the case. The Court **ORDERED** that rearraignment is **RESET** for <u>**June 28, 2019 at 10:30 a.m.**</u>

New Orleans, Louisiana, this 27th day of June, 2019.

* * * * * * * * * * * * * * * *

JS-10: 17 mins.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE