UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-55 |
| VERSUS | SECTION "J" |
| GREGORY ST. ANGELO | VIOLATION: 18 U.S.C. 1349 |

## NOTICE OF SENTENCING on APRIL 2, 2020 AT 9:30 A.M.

(previously set for 1/9/20)

Take notice that this criminal case has been set for SENTENCING on **THURSDAY, APRIL 2, 2020 AT 9:30 A.M.** before Judge CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  December 20, 2019

TO:

GREGORY ST. ANGELO (BOND)

Counsel for Defendant:
Peter M. Thomson
Phillip A. Wittmann
pthomson@stonepigman.com
pwittmann@stonepigman.com

WILLIAM W. BLEVINS, CLERK

by:  Gail Chauvin,  Deputy Clerk

AUSA:  Sharan E Lieberman, T.A.

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:  no

Special Agent Krista Bradford
Federal Bureau of Investigation

If you change address,
notify clerk of court
by phone, 589-7694