Case 2:19-cr-00055-CJB-DPC    Document 113    Filed 02/29/24    Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Feb 29 2024

CAROL L. MICHEL
CLERK

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 23-30844

United States of America,

    Plaintiff – Appellee

v.

Gregory St. Angelo,

    Defendant - Appellant

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE in the above-numbered and captioned matter that Defendant-Appellant's mailing address has changed following his self-surrender into the custody of the Federal Bureau of Prisons on January 15, 2024. The undersigned's mailing address since then has been and remains, as follows:

Gregory St Angelo - 37811-034<br>
FCI Beaumont Low – SPC<br>
Federal Correctional Institution<br>
P.O. Box 26020<br>
Beaumont, TX 77720

Dated: February 8, 2024

Respectfully submitted,

_____
Gregory St. Angelo (pro se)

Gregory St-Ansel0
Register No. 37871-034
FCI Beaumont Low-SPC
P.O. Box 26020
Beaumont, TX 77720

LEGAL

United States District Court
Eastern District of Louisiana
Pro Se Unit
Clerk's Office
500 Poydras Street
New Orleans, LA 70130

70130-337364

NORTH HOUSTON TX 773
23 FEB 2024 PM 2 L

S98844.084
$0.640
US POSTAGE
FIRST-CLASS
062S0001443175
FROM 70002